DUANE A. ANTOINE                                        NO. 24-K-628

VERSUS                                                  FIFTH CIRCUIT

STEPHEN C. GREFER                                       COURT OF APPEAL

                                                        STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Wiseman
First Deputy, Clerk of Court

                          January 06, 2025

                           Linda Wiseman
                          First Deputy Clerk

IN RE DUANE A. ANTOINE

---

APPLYING FOR  SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE STEPHEN C. GREFER, DIVISION "J", NUMBER 23-5010

---

Panel composed of Judges John J. Molaison, Jr.,
Scott U. Schlegel, and Timothy S. Marcel

**WRIT DENIED**

The relator/defendant, Duane Antoine, filed the instant *pro se* pleading, captioned as a writ of mandamus, which appears to seek a review of the trial court's November 13, 2024, denial of his motion to quash.  According to a minute entry in the writ application, the court set the relator's trial for January 13, 2025, with appointed counsel representing him.

The relator's application does not contain a notice of intent as required by Uniform Rules, Courts of Appeal, Rule 4-2, and it does not show that a return date was set by the trial court, as required by Uniform Rules, Courts of Appeal, Rule 4-3.  Also, the relator filed this writ application more than 30 days after the November 13, 2024, ruling, as demonstrated by the December 20, 2024 postmark on his filing.  We note that the minute entry from November 13, 2024, shows that the relator was present in court when the court denied his motion to quash.  The writ application is untimely under Uniform Rules, Courts of Appeal, Rule 4-3.

On the showing made, we deny the relator's writ application. If convicted, the relator will have an adequate remedy on appeal.

Gretna, Louisiana, this 6th day of January, 2025.

                              **JJM**
                              **SUS**
                              **TSM**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN
TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS
DAY **01/06/2025** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF
THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY
COUNSEL, AS LISTED BELOW:

**24-K-628**

CURTIS B. PURSELL
CLERK OF COURT

### E-NOTIFIED
24th Judicial District Court (Clerk)
Honorable Stephen C. Grefer (DISTRICT JUDGE)
Thomas J. Butler (Respondent)

### MAILED
Duane A. Antoine #1002226170 (Relator)
Jefferson Parish Correctional Center
P. O. Box 388
Gretna, LA 70054